Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE District of Utah

| | |
|---|---|
| **IN RE:** | **CASE: 21-24549** |
| ABBY LYNN HARDY | **CHAPTER 13** |
| | **HON. WILLIAM T. THURMAN** |
| **Debtor** | Confirmation Hearing:March 31 , 2022 |

## ORDER CONTINUING CONFIRMATION HEARING FOLLOWING CONTESTED CONFIRMATION HEARING

A hearing on confirmation of the Chapter 13 plan came before this Court on March 31, 2022 10:00 am.  The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record.  Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

The hearing on confirmation is continued to May 26, 2022, at 10:00 AM.

IT IS FURTHER ORDERED that, if the following conditions are not satisfied within the time limits set forth below, confirmation of the Debtor's plan may be denied and the case may be dismissed at the continued confirmation hearing:

Debtor to be current on plan payments or file a motion to abate by 5/26/2022 or the Court will consider Trustee's motion to dismiss.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on April 04, 2022.

RED ROCK LEGAL SERVICES, PLLC,  ECF Notification

/s/ Sarah Anderton

## DESIGNATION OF PARTIES TO BE SERVED

ABBY LYNN HARDY, 10 EAST 300 NORTH, HURRICANE, UT  84737


RED ROCK LEGAL SERVICES, PLLC,  ECF Notification

LON A. JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION