Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| In re:<br><br>ABBY LYNN HARDY<br><br>Debtor. | Case No. 21-24549<br>Chapter 13<br><br>Hon. WILLIAM T. THURMAN |
|---|---|

**ORDER DISMISSING CASE FOLLOWING CONFIRMATION HEARING**

At the confirmation hearing held on May 31, 2022 at 10:00 AM, Lon A. Jenkins, Chapter 13 Trustee, appeared personally or by counsel and other parties, if any, made their appearances on the record. Having heard the matter, and having determined that all requirements for confirmation have not been met, the Court hereby ORDERS:

1. The case is dismissed.

3. Of the funds being held in this case, the Trustee shall pay, to the extent funds are available, the following claims in the following priority: (1) the allowed fee to the Trustee under 28 U.S.C. § 586(e); (2) adequate protection payments provided for in the proposed plan, stipulated

to by the parties, or ordered by the Court; (3) allowed administrative expenses, including attorney's fees and costs to be determined through a fee application filed by June 2, 2022, that may be noticed on 10-days' notice; and (4) with the balance of such funds to be returned to the Debtor pursuant to 11 U.S.C. § 1326(a)(2) by a check made payable to the Debtor and mailed to the debtors' most recent address on file with the Bankruptcy Court.

**END OF DOCUMENT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 2, 2022, a true and correct copy of the foregoing Order was served by ECF (as indicated below) or addressed to the following and deposited in the U.S. Mail, first-class postage prepaid.

        RED ROCK LEGAL SERVICES, PLLC
        ECF NOTIFICATION

                                                            _Jennifer Lundgreen_
                                                Office Chapter 13 Trustee

## DESIGNATION OF PARTIES TO BE SERVED

        CHAPTER 13 TRUSTEE
        ECF NOTIFICATION

        RED ROCK LEGAL SERVICES, PLLC
        ECF NOTIFICATION

        ABBY LYNN HARDY
        10 E 300 N
        HURRICANE, UT 84737